**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert Lewis BANDY, a/k/a Robert
Lewis Laube, Robert Laude and Rob-
ert Hugh Johnson, Defendant—Appel-
lant.**

No. 05–50691.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Becky S. Walker, Esq., J. Mark Childs,
Esq., Los Angeles, CA, for Plaintiff-Appel-
lee.

Arthur H. Weed, Santa Barbara, CA, for
Defendant-Appellant.

Before: PREGERSON, T.G. NELSON,
and GRABER, Circuit Judges.

MEMORANDUM **

Robert Lewis Bandy appeals from his
guilty-plea conviction and 300–month sen-
tence imposed for two counts of armed
bank robbery and brandishing a firearm
during a crime of violence, all in violation
of 18 U.S.C. §§ 924(c) and 2113(a)(d).

Pursuant to *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), counsel for Bandy has filed a brief
stating there are no grounds for relief, and
a motion to withdraw as counsel of record.
Bandy has not filed a pro se supplemental
brief.

Because our independent review of the
record pursuant to *Penson v. Ohio,* 488
U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d
300 (1988), indicates that Bandy knowingly
and voluntarily waived his right to appeal
and was sentenced within the terms of the
plea agreement, we enforce the waiver and
dismiss the appeal. *See United States v.
Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000)
(stating that an appeal waiver is valid
when it is entered knowingly and volun-
tarily); *see also United States v. Carde-
nas,* 405 F.3d 1046, 1048 (9th Cir.2005)
(noting that the changes in sentencing law
imposed by *United States v. Booker,* 543
U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621
(2005), did not render waiver of appeal
involuntary and unknowing).

Counsel's motion to withdraw is
**GRANTED.**

**DISMISSED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.